■ In the Matter of ANTHONY C. DONOFRIO, a Suspended Attorney. [681 NYS2d 749] —Application granted, and petitioner

reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Ellerin, J. P., Wallach, Nardelli, Rubin and Mazzarelli, JJ.